**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1337**

DONALD TRANTHAM, JR.,

Plaintiff – Appellant,

v.

HENRY COUNTY SHERIFF'S OFFICE; COMMONWEALTH ATTORNEY, County
of Henry; GARDNER GARDNER BARROW & SHARPE; MARTINSVILLE,
VIRGINIA POLICE DEPARTMENT; VIRGINIA STATE POLICE;
MARTINSVILLE HENRY COUNTY MEMORIAL HOSPITAL; DRUG
ENFORCEMENT AGENCY,

Defendants – Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Danville. Jackson L. Kiser, Senior
District Judge. (4:10-cv-00058-jlk-mfu)

Submitted: June 16, 2011                Decided: June 20, 2011

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Donald Trantham, Jr., Appellant Pro Se. Jim H. Guynn, Jr.,
GUYNN, MEMMER & DILLON, PC, Salem, Virginia; Philip Grahem
Gardner, GARDNER BARROW SHARPE & REYNOLDS, Martinsville,
Virginia; Martha White Medley, Michael Anthony Nicholas, DANIEL,
MEDLEY & KIRBY, PC, Danville, Virginia; George Walerian
Chabalewski, Christina Nicole Gilliam, OFFICE OF THE ATTORNEY
GENERAL OF VIRGINIA, Richmond, Virginia; Nora Beth Dorsey, Jodi

Beth Simopoulos, HANCOCK DANIEL JOHNSON & NAGLE, PC, Glen Allen, Virginia; Thomas Linn Eckert, Assistant United States Attorney, Roanoke, Virginia, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Trantham, Jr., appeals the district court's order dismissing Trantham's claims against all Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Trantham v. Henry Cnty. Sheriff's Office</u>, No. 4:10-cv-00058-jlk-mfu (W.D. Va. Mar. 10, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>